Eric W. Swanis, Esq. (Bar No. 6840)
swanise@gtlaw.com
Whitney L. Welch, Esq. (Bar No. 12129)
welchw@gtlaw.com
**Greenberg Traurig, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Ginger Pigott, Esq.
pigottg@gtlaw.com
*Admitted Pro Hac Vice*
**Greenberg Traurig, LLP**
1840 Century Park East
Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-0223

*Attorneys for Defendant Medtronic, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAMMI BRANDT, an Individual,<br><br>  Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota Corporation and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No.: 2:14-cv-01112-MMD-NJK<br><br>**STIPULATION AND ORDER TO VOLUNTARILY DISMISS ALL CLAIMS WITH PREJUDICE** |

///

///

///

1

LA 132599111v2

Pursuant to Local Rule 7-1, and Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and 41(a)(2), and based on resolution of the matter as outlined in the prior Notice of Resolution, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tammi Brandt and Defendant Medtronic, Inc. that the claims in this action shall now be dismissed with prejudice, each party to bear her/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 2nd day of June, 2016.

GREENBERG TRAURIG, LLP

*/s/ Whitney L. Welch*
ERIC W. SWANIS, ESQ. (Bar No. 6840)
WHITNEY L. WELCH, ESQ. (Bar No.12129)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Defendant Medtronic, Inc.*

Dated this 2nd day of June, 2016.

RYAN ALEXANDER, CHTD.

*/s/ Ryan Alexander*
Ryan Alexander, Esq.
3017 W. Charleston Blvd., Suite 58
Las Vegas, Nevada 89102
Tel:  702-868-3311
Fax:  702-822-1133
Email: ryan@ryanalexander.us
*Counsel for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

DATED this __3rd__ day of __June__, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

LA 132599111v2

2